**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1787**

---

NEAL C. MORRISON,

Plaintiff - Appellant,

v.

LARRYMORE ORGANIZATION, INC.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:20-cv-00519-RAJ-DEM)

---

Submitted:  March 16, 2023                           Decided:  March 20, 2023

---

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Neal C. Morrison, Appellant Pro Se. Maurice Scott Fisher, Jr., HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Neal C. Morrison appeals the district court's orders dismissing his complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Morrison v. Larrymore Org., Inc.*, No. 2:20-cv-00519-RAJ-DEM (E.D. Va. Jan. 28 & June 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*